255 So.2d 76

**STATE of Louisiana**

v.

**Louis WASHINGTON, Jr.**

**No. 51515.**

Nov. 23, 1971.

John A. Shea, New Orleans, for defendant-appellant.

Jack P. F. Gremillion, Atty. Gen., Harry H. Howard, Asst. Atty. Gen., Jim Garrison, Dist. Atty., Louise Korns, Asst. Dist. Atty., for plaintiff-appellee.

PER CURIAM.

Louis Washington, Jr. was tried by a jury and convicted of the crime of manslaughter. He was sentenced to serve twenty (20) years in the State Penitentiary at hard labor. No bills of exception were perfected by the defendant. We are therefore limited on appeal to a review of the pleadings and proceedings for discoverable error. La.C.Cr.P. Art. 920; State v. Ash, 257 La. 337, 242 So.2d 535 (1971). We find none.

The conviction and sentence are affirmed.